STATE OF NORTH CAROLINA v. PHILLIP LANCE BENNETT

No. 715SC351

(Filed 14 July 1971)

APPEAL by defendant from *Parker, Judge,* 14 January 1971 Session of NEW HANOVER County Superior Court.

Defendant was charged in a proper, two-count bill of indictment with the possession and sale of two tablets of Lysergic Acid Diethylamide (LSD). Evidence for the State tended to show that F. L. McKinney, an undercover agent for the North Carolina State Bureau of Investigation, purchased two tablets from defendant on the night of 17 June 1970. A subsequent series of chemical tests performed by a chemist employed by the State Bureau of Investigation revealed that the tablets were Lysergic Acid Diethylamide (LSD).

Defendant elected not to put on any evidence.

The jury returned a verdict of guilty as charged in both counts of the bill of indictment. From a judgment of imprisonment of 4-5 years on each count, suspended as to the second count, defendant appealed.

*Attorney General Robert Morgan by Associate Attorney Walter E. Ricks III for the State.*

*Harold P. Laing for defendant appellant.*

CAMPBELL, Judge.

Defendant, in his brief, brings forward nine assignments of error. We have carefully reviewed each assignment of error and find no merit in any of them. As neither the bench nor the bar would benefit from discussion of questions previously decided by this Court and by the Supreme Court of North Carolina, we refrain from a discussion of the individual assignments of error.

In the trial below, we find

No error.

Chief Judge MALLARD and Judge HEDRICK concur.